UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASKEW,

                              **Plaintiff,**

        –against–

LINDSEY, ET AL.,

                              **Defendant.**

15 Civ. 7496 (PED)

ORDER

PAUL E. DAVISON, U.S.M.J.:

In recognition of *pro bono* counsel's recent appearance in this case on behalf of plaintiff, in order to accommodate the interests of the parties as set forth in Dkts. 102 and 103, and to ensure a fair resolution of this matter, it is hereby **ORDERED**:

1. The Trial Order entered herein on October 29, 2019 [Dkt. 95] is hereby **VACATED**;

2. Discovery in this matter is **RE-OPENED** for 60 days; and

3. Counsel are directed to appear for a pretrial conference on **May 18, 2020, at 10:30 a.m. in Courtroom 420.** Counsel should confer in an effort to propose mutually-agreeable trial dates at that time.

The Clerk shall close Dkt. 102.

Dated: March 11, 2020
       White Plains, New York

SO ORDERED

_____
PAUL E. DAVISON
United States Magistrate Judge