UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY A. ASKEW,

                Plaintiff,

-against-

POLICE OFFICER LINDSAY, POLICE OFFICER
YOUMANS and POLICE OFFICER MOTA,
                Defendant.
------------------------------------------------------------X

15 **CIVIL** 7496 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: New York, New York
          February 25, 2021

So-Ordered:
_____
U.S.M.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk